AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF MISSOURI

FILED

NOV 2 7 2013

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| United States of America </br> v. </br> VINCENT SHANNON WHITE </br> </br> *Defendant(s)* | ) </br> ) </br> ) Case No. 4:13 MJ 1279 TIA </br> ) </br> ) </br> ) </br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 25, 2013__ in the county of __Jefferson__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C., Section 1201(a) | Kidnapping |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Michael H. Christian, Special Agent, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/27/13

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Terry I. Adelman, U.S. Magistrate Judge

*Printed name and title*